AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUL 2 4 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                   DEPUTY

| Diana Wagner | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 5:16cv1009-DAE |
| Tom Torkelson et al | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   The Court GRANTS Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiff's Third Amended Complaint. Plaintiff's federal claims are DISMISSED WITH PREJUDICE, and her state law claims are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   David A. Ezra

Date:   07/24/2014

CLERK OF COURT

, Amy Jackson
Signature of Clerk or Deputy Clerk